

DOCKET & FILE
RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES
MAY - 3 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(K) SAVINGS PLAN, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL TRAINING FUND and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, <br><br> Plaintiffs, <br><br> -against- <br><br> W.F. INDUSTRIAL, INC., S&J INDUSTRIAL, and SEMYON PIVOVAROV, <br><br> Defendants. | 05 Civ. 2966 (SLT) (SMG) <br><br> **CONSENT JUDGMENT AND STIPULATION OF DISMISSAL** |



FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAY 2 4 2007 ★
P.M. _____
TIME A.M. _____

In accordance with the parties' agreement, the Court hereby enters Judgment as follows:

1. Judgment is entered in favor of plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Additional Security Benefit Fund, Vacation & Holiday Fund, Trade Education Fund and 401(K) Savings Plan, Trustees of the Plumbers and Pipefitters National Pension Fund, Trustees of the International Training Fund and George W. Reilly, as Business Manager of Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United

Sates and Canada (the "Plaintiffs"), and against defendants W.F. Industrial, Inc., S&J Industrial and Semyon Pivovarov in the amount of $2,877,654.24 representing contributions owed to the Local 1 Funds for the period January 2002 through March 2006 in the amount of $2,117,979.35, interest thereon in the amount of $211,797.93, salary deferrals owed to the 401(K) Saving Plan in the amount of $141,204.44, interest thereon in the amount of $14,120.45, lost earnings thereon in the amount of $17,742.14, contributions owed to the Plumbers and Pipefitters National Pension Fund for the period January 2002 through March 2006 in the amount of $286,709.14, interest thereon in the amount of $34,405.10, contributions owed to the International Training Fund for the period January 2002 through March 2006 in the amount of $22,986.78, interest thereon in the amount of $2,758.10, audit fees totaling $15,450.00 and attorneys' fees and costs in the amount of $12,500.00.

2. Plaintiffs will be entitled to enforce this Judgment by all means permitted by law.

3. Jurisdiction is retained solely to assure ~~compliance~~ *enforcement* with the terms of the Consent Judgment. In all other respects, this action shall be deemed dismissed, with prejudice and without costs.

Dated: New York, New York
March 09, 2007

We stipulate to and request entry
of this Consent Judgment


W.F. INDUSTRIAL, INC.,

By: *[signature]*
Name: Semyon Pivovarov
Title: Vice President

S&J INDUSTRIAL,

By: *[signature]*
Name: Semyon Pivovarov
Title: President

SEMYON PIVOVAROV

By: *[signature]*


BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: *[signature]*
    Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

May 22, 2007

/s/ SLT
USDJ

-3-